USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 19 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

DONALD DESOUZA,

                                          Plaintiff,

-against-

THE CITY OF NEW YORK, DETECTIVE MARIA LOPEZCRUZ (TAX NO. 940392), DETECTIVE DANIEL BACA (TAX NO. 934434), DETECTIVE SIMON LAINE (TAX NO. 936901), DETECTIVE ARTHUR SMITH (TAX NO. 926134), DETECTIVE SCOTT LIENECK (TAX NO. 920505) and LIEUTENANT PERSIO POLANCO (TAX NO. 914530),

                                          Defendants.
------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

13 CV 7668 (RA)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
      April 12, 2016

| | |
|---|---|
| SEENER & SEENER, ESQS.<br>*Attorneys for Plaintiff*<br>11 Park Place, 10th Floor<br>New York, NY 10007<br>(212) 766-2050 | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants City of New York,<br>  Polanco, Baca, Laine, Lieneck, Lopez-<br>  Cruz, and Smith*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: _____<br>    Steven P. Seener<br>    *Attorney for Plaintiff* | By: _____<br>    David Cooper<br>    *Assistant Corporation Counsel* |

SO ORDERED:

_____
HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE

Dated: April 19, 2016